WILLIAMS LAW FIRM, P.C.
SHELTON C. WILLIAMS, ESQ.
SUSAN MORIARITY MILTKO, ESQ.
235 E. PINE, P.O. BOX 9440
MISSOULA, MONTANA 59807-9440
mike@wmslaw.com
susan@wmslaw.com
Tel: (406) 721-4350  Fax: (406) 721-6037
*Attorneys for State Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| JIMMY RAY BROMGARD, ) | **CAUSE NO.  CV 05-32-BLG-RFC-CSO** |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **STATE DEFENDANTS'** |
| ) | **MOTION FOR EMERGENCY HEARING** |
| STATE OF MONTANA, COUNTY OF ) | **AND TO ENFORCE PROTECTIVE ORDER,** |
| YELLOWSTONE, CHAIRMAN BILL ) | **PREVENT PUBLICITY, AND FOR SANCTIONS** |
| KENNEDY, COMMISSIONER JOHN ) | |
| OSTLUND, COMMISSIONER JIM ) | |
| RENO, ARNOLD MELNIKOFF, and ) | |
| MIKE GREELY, ) | |
| ) | |
| Defendants. ) | |

COME NOW the State of Montana, Mike Greely and Arnold Melnikoff (State Defendants) and move for an order to enforce the June 28, 2005 protective order, for an order preventing Plaintiff, his legal counsel, and the Innocence Project from releasing any information regarding this lawsuit to any individual or entity not specifically identified in the June 28, 2005 order, and for sanctions. Counsel for State Defendants has

contacted Plaintiff's counsel and Plaintiff objects to this motion. State Defendants' memorandum in support of the motion is filed concurrently herewith.

To avoid further unauthorized dissemination of confidential information, State Defendants request the Court for an emergency hearing.

DATED this  24th  day of MAY, 2007.

                                    /s/ Shelton C. Williams
                              Shelton C. Williams, Esq.
                              WILLIAMS LAW FIRM, P.C.
                              Attorneys for State Defendants