WILLIAMS LAW FIRM, P.C.
SHELTON C. WILLIAMS, ESQ.
SUSAN MORIARITY MILTKO, ESQ.
235 E. PINE, P.O. BOX 9440
MISSOULA, MONTANA 59807-9440
mike@wmslaw.com
susan@wmslaw.com
Tel: (406) 721-4350  Fax: (406) 721-6037
*Attorneys for State Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| JIMMY RAY BROMGARD, | CAUSE NO. CV 05-32-BLG-RFC-CSO |
| Plaintiff, | |
| -vs- | **STATE DEFENDANTS' MOTION TO CLOSE HEARING AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE** |
| STATE OF MONTANA, COUNTY OF YELLOWSTONE, CHAIRMAN BILL KENNEDY, COMMISSIONER JOHN OSTLUND, COMMISSIONER JIM RENO, ARNOLD MELNIKOFF, and MIKE GREELY, | |
| Defendants. | |

COME NOW the State of Montana, Mike Greely and Arnold Melnikoff (State Defendants) and file this motion seeking to close the hearing on their Motion to Enforce the Protective Order currently set for June 11, 2007. Counsel for State Defendants has contacted Plaintiff's counsel and Plaintiff objects to this motion. State Defendants' memorandum in support of the motion is filed concurrently herewith.

Pursuant to this Court's Protective Orders, the Memorandum

in support of this Motion and the accompanying exhibits are filed under seal.

DATED this  1st  day of JUNE, 2007.

                                    /s/ Shelton C. Williams
                                Shelton C. Williams, Esq.
                                WILLIAMS LAW FIRM, P.C.
                                Attorneys for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of JUNE, 2007, a copy of the foregoing was served upon the following by Mail, Express Mail, Hand-Delivery, Fax, or Federal Express:

| | |
|---|---|
| RONALD F. WATERMAN, ESQ.<br>JULIE A. JOHNSON, ESQ.<br>GOUGH, SHANAHAN, JOHNSON & WATERMAN<br>33 SOUTH LAST CHANCE GULCH (59601)<br>P.O. BOX 1715<br>HELENA, MONTANA 59624-1715<br>(406) 442-8560 FAX: (406) 442-8783<br>*Attorney for Plaintiff* | [X] U.S. MAIL<br>[ ] EXPRESS MAIL<br>[ ] HAND-DELIVERY<br>[ ] FAX<br>[ ] FEDERAL EXPRESS |
| PETER J. NEUFELD, ESQ.<br>COCHRAN, NEUFELD & SCHECK, LLP<br>99 HUDSON STREET<br>NEW YORK, NY 10013<br>(212) 965-9380<br>*Attorney for Plaintiff* | [X] U.S. MAIL<br>[ ] EXPRESS MAIL<br>[ ] HAND-DELIVERY<br>[ ] FAX<br>[ ] FEDERAL EXPRESS |
| KEVIN GILLEN AND DANIEL L. SCHWARZ, ESQ.<br>DEPUTY COUNTY ATTORNEYS<br>YELLOWSTONE COUNTY COURTHOUSE<br>P.O. BOX 35025<br>BILLINGS, MONTANA 59107-5025<br>(406) 256-2870 FAX: (406) 256-6931<br>*Attorneys for Defendants Yellowstone County*<br>*Bill Kennedy, John Ostlund, Jim Reno* | [X] U.S. MAIL<br>[ ] EXPRESS MAIL<br>[ ] HAND-DELIVERY<br>[ ] FAX<br>[ ] FEDERAL EXPRESS |

_____
Sara N. Hance, Secretary