UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JIMMY RAY BROMGARD,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF YELLOWSTONE, CHAIRMAN BILL KENNEDY, COMMISSIONER JOHN OSTLUND, COMMISSIONER JIM RENO,<br><br>            Defendant. | Case No. CV-05-32 -BLG-RFC<br><br>Depositions in re in camera review |

Dear Mr. Williams:

Our office is in the process of conducting an inventory of old case files in preparation for archiving. I found on our civil shelf a brown expando containing depositions for in camera review of John Connor, Julie Long, Mike McGrath and the exhibits to those depositions. On 6/11/2007 there was a remark in the docket that stated these were presented by attorney Shelton Williams to Judge Ostby in open court and that they will be returned to Mr. Williams after the Judge's review.

If you would like them returned, please file a notice with the court on or before May 1st, 2018. If a response is not filed by then the depositions will be destroyed. If you have any questions please feel free to contact me.

Sincerely, /s/Amanda Carrillo
Deputy Clerk
Billings Division
406-247-2309